McGREGOR W. SCOTT
United States Attorney
ROBERT ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff/Respondent
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff/Respondent,<br><br>v.<br><br>JOSE MANUEL VERDUGO,<br><br>                      Defendant/Movant. | CASE NO. 2:14-CR-00341-TLN<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On August 21, 2020, Respondent requested an extension of time until August 26, 2020, to file its response or opposition to Defendant Jose Verdugo's compassionate release motion.

IT IS HEREBY ORDERED, that Respondent's request until August 26, 2020, to file its response and /or opposition is granted.

Dated: August 21, 2020

Troy L. Nunley
United States District Judge

1