UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:14-cr-00341-TLN |
| Plaintiff, ) | |
| ) | **ORDER SEALING DOCUMENTS** |
| vs. ) | |
| JOSE VERDUGO, ) | |
| Defendant. ) | |

IS HEREBY ORDERED that the Request to Seal Exhibits A and B to Defendant's Motion for Reconsideration (ECF No. 37) is GRANTED so that the private medical information and information in the declaration related to confidential police investigations are not available on the public docket.  The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

DATED:  October 8, 2020

Troy L. Nunley
United States District Judge

-1-