HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
JOSE MANUEL VERDUGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-000341-TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RE: EARLY |
| v. | ) TERMINATION OF SUPERVISED RELEASE |
| | ) |
| JOSE MANUEL VERDUGO, | ) Chief Judge Hon. Troy L. Nunley |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, United States of America, through Assistant United States Attorney Jason Hitt, and Defendant Jose Manuel Verdugo, through Assistant Federal Defender Rachelle Barbour, hereby stipulate and jointly request that the Court terminate Mr. Verdugo's term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Probation Office, through Probation Officer Dustin Vaught, referred Mr. Verdugo to the Federal Defender's Office for preparation of this filing and does not oppose it. Mr. Verdugo received a 60-month term of supervised release from this Court on May 21, 2015. His supervision began on August 11, 2022. Mr. Verdugo has completed well over half of his supervisory term successfully and in compliance with his terms of supervision.

The parties agree that Mr. Verdugo qualifies for early termination of his supervision under Title 18, section 3583(e)(1) of the United States Code, which authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant

released and the interest of justice."

Mr. Verdugo satisfies all factors to be considered for early termination. He has completed well over the statutorily-required year of his supervision. Mr. Verdugo has been on supervision for over half his period of supervision. Mr. Verdugo has no conditions requiring ongoing programming, treatment, or counseling. Mr. Verdugo has kept a steady job and residence. He has successfully reintegrated into society and needs no further support from the Probation Office. Mr. Verdugo's Probation Officer, Dustin Vaught, has confirmed that the Probation Office does not oppose early termination.

Mr. Verdugo has been living with a close friend near his workplace at the Yolo Fliers Club, a private country club near Woodland, California. Mr. Verdugo has worked there as a sous chef since early 2024. His employer and chef support his request for early termination. Tim Pulley, the Director of Clubhouse and Gold Operations at the Fliers Club notes that Mr. Verdugo is a "diligent, reliable, and skilled worker who takes his responsibilities seriously." (Exh. A.) Mr. Pulley notes that Mr. Verdugo demonstrates "strong technical abilities, including food preparation, banquet preparation, time management, and maintaining kitchen hygiene." Mr. Pulley's glowing endorsement notes that Mr. Verdugo's qualities at work "reflect his dedication to personal growth and his readiness to contribute meaningfully to [the] team." Id.

Mr. Verdugo's direct supervisor, Chef Rudy Balch, also has provides a strong recommendation, noting Mr. Verdugo's reliability and hard work. (Exh. B.) Chef Balch notes Mr. Verdugo's "personal and professional growth," including a "remarkable transformation in his demeanor and mindset" over the last year. Id.

//
//

In light of Mr. Verdugo's performance on supervision, the parties request that the Court order his supervision terminated and discharge him in this matter. A proposed order is provided below.

Dated: April 11, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ RACHELLE BARBOUR*
RACHELLE BARBOUR
Attorney for Defendant
JOSE MANUEL VERDUGO

Dated: April 11, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ JASON HITT*
JASON HIT
Assistant United States Attorney

**ORDER**

For the reasons set forth in the parties' stipulation, and with the non-opposition of the Probation Office, the Court hereby orders that Mr. Verdugo be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated: April 14, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE